IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|     Joseph Eugene Sikora Jr | ) | Under Chapter 13 |
| | ) | |
|     Kristie Lee Sikora | ) | |
| | ) | Bk. No: 12-31262 |
|     Debtor(s) | ) | |

**TRUSTEE'S RECOMMENDATION TO CONFIRM AMENDED PLAN NUMBER ONE**

    The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

  **X**    This constitutes a withdrawal of previous objection filed by the Trustee.

    Wherefore, the Trustee prays this Court for an Order confirming the Amended Plan Number One, and for all other relief this Court deems just and equitable.

                                                **/s/Russell C. Simon**
                                                RUSSELL C. SIMON
                                                Chapter 13 Trustee
                                                24 Bronze Pointe
                                                Swansea, IL  62226
                                                Telephone: (618) 277-0086
                                                Telecopier: (618) 234-0124

Dated: January 30, 2013

LS

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Amended Plan Number Onewas served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, January 30, 2013.

                                                            /s/ Laura

Joseph Eugene Sikora Jr
Kristie Lee Sikora
888 Lester Ave
Collinsville, IL  62234

ROBERT GREGORY LATHRAM
203 W MAIN ST
COLLINSVILLE, IL 62234