# Notice Recipients

District/Off: 0754–3         User: nm                    Date Created: 10/17/2017
Case: 12–31262–wva           Form ID: 3180W              Total: 91

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPRegion10.es.ecf@usdoj.gov
tr      Russell C Simon             simontrustee@yahoo.com
aty     Bradley Allen Leck          bradley.leck@illinois.gov
aty     Kevin J Stine               kstine@fcbbanks.com
aty     Robert G Lathram            glathram@bankruptcylawyers–metroeast.com
aty     Thomas H Vale               tom.vale@illinois.gov

                                                                            TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Joseph Eugene Sikora, Jr     1305 Ridgewood Court       Collinsville, IL 62234
jtdb        Kristie Lee Sikora     1305 Ridgewood Court      Collinsville, IL 62234
cr          First Collinsville Bank     Loan Administration      4820 West Main Street      Belleville, IL 62226
cr          Illinois Department of Healthcare and Family Services      1220 Centreville Ave Ste 210      Belleville, IL 62220
cr          Pra Receivables Management, Llc As Agent Of Portfolio Recovery Assocs.      POB 41067      Norfolk, Va 23541
cr          Recovery Management Systems Corporation For GE Money Bank      25 S.E. 2nd Avenue, Suite 1120      Miami, FL 33131
cr          Recovery Management Systems Corp      PO Box 12931      Norfolk, VA 23541
3214381     ACS      501 Bleeker Street      Utica, NY 13501
3214380     Account Resolution Corporation      17600 Chesterfield Rd., Ste. 201      Chesterfield, MO 63005
3214382     Al Woolen      Ridgewood Association      PO Box 431      Collinsville, IL 62234
3214383     Alton Marina      1 Henry Street      Alton, IL 62002
3214384     Ameren Illinois      Credit and Collections      2105 East State Route 104      Pawnee, IL 62558–4681
3226778     American InfoSource LP as agent for      InSolve Recovery, LLC      PO Box 269093      Oklahoma City, OK 73126–9093
3225595     American InfoSource LP as agent for      Midland Funding LLC      PO Box 268941      Oklahoma City, OK 73126–8941
3214385     American Medical Collection Agency      4 Westchester Plaza, Bldg. 4      Elmsford, NY 10523
3214386     Anderson Hospital      6800 State Route 162      Maryville, IL 62062–8500
3214387     Andrew Grezegorzewski      888 Lester Avenue      Collinsville, IL 62234
3214388     Arches Financial, LLC      c/o Paul Law Offices      230 West 200 South, Ste. 3301      Salt Lake City, UT 84101–3432
3235994     Ashley Funding Services, LLC its successors and      assigns as assignee of LabCorp      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603–0587
3251863     Ashley Funding Services, LLC its successors and      assigns as assignee of Laboratory      Corporation of America Holdings      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603–0587
3214389     Asset Acceptance      PO Box 2036      Warren, MI 48090–2036
3252050     Asset Acceptance LLC      Po Box 2036      Warren MI 48090
3214390     Broadway Battery & Tire Service      1001 Washington St      Highland, IL 62249
3258199     CAPITAL ONE BANK (USA), N.A.      PO Box 12907      Norfolk VA 23541
3214393     CCB Credit Services      5300 South 6th Street      Springfield, IL 62703–5184
3239022     Capital One Bank (USA), N.A.      PO Box 71083      Charlotte, NC 28272–1083
3214391     Capital One MasterCard      PO Box 30285      Salt Lake City, UT 84130–0285
3214392     Capital One Visa      PO Box 30281      Salt Lake City, UT 84130
3336688     Capital Recovery V, LLC      c/o Recovery Management Systems Corp      PO BOX 12931      Norfolk, VA 23541
3214394     Chris & Rachel Germaine      877 Lester Avenue      Collinsville, IL 62234
3214395     Citibank Home Depot      PO Box 653000      Dallas, TX 75265–3000
3214396     Citibank Sears MasterCard      PO Box 653091      Dallas, TX 75265–3091
3214397     City of Collinsville      125 S. Center Street      Collinsville, IL 62234
3263512     City of Collinsville      Water Dept Attn Neyfit      125 S Center      Collinsville, IL 62234
3214398     Credit Collection Services      3 East Montgomery Rd.      Savannah, GA 31406
3214399     Donald Berube & Shara Stevens      875 Lester Avenue      Collinsville, IL 62234
3214400     Doubleday Book Club      PO Box 916400      Rantoul, IL 61866–6400
3227671     EASTWEST BANK on behalf of United Student Aid Fund      Attn : Bankruptcy Litigation Unit E3149      PO Box 9430      Wilkes Barre, PA 18773–9430
3214401     Enhanced Recovery Co. LLC      8014 Bayberry Rd.      Jacksonville, FL 32256
3214405     FMS      PO Box 707600      Tulsa, OK 74170–7600
3214402     First Collinsville Bank      PO Box 809      Collinsville, IL 62234
3246465     First Collinsville Bank      c/o FCB Loan Administration      4820 W Main St      Belleville, IL 62226
3214403     First National Collection Bureau, Inc.      610 Waltham Way      Sparks, NV 89434
3214404     Firstsource Advantage      7650 Magna Drive      Belleville, IL 62223
3240944     GE Capital Retail Bank      Attn: Bankruptcy Department      PO Box 960061      Orlando FL 32896–0661
3221715     GE Capital Retail Bank      c/o Recovery Management Systems Corp.      25 SE 2nd Avenue, Suite 1120      Miami, FL 33131–1605
3214406     GECRB PayPal MasterCard      PO Box 965005      Orlando, FL 32896–5005

| | | | | |
|---|---|---|---|---|
| 3214407 | Granite City Orthopedic Physicians | PO Box 504123 | St. Louis, MO 63150–4123 | |
| 3214408 | HSBC Discover | PO Box 5253 | Carol Stream, IL 60197 | |
| 3268942 | IL Dept of Healthcare and Family Services/MRU | P O Box 19405 | Springfield, IL 62794 | |
| 3214409 | Illinois Department of Healthcare & Family Service | Division of Child Support Services | PO Box 19152 HFS 2766 1 | Springfield, IL 62794–9152 |
| 3214410 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 3214411 | Irvin C. Slate, Esq. | 3600 Nameoki Road, Ste. 205 | Granite City, IL 62040 | |
| 3260308 | Jefferson Capital Systems LLC | PO Box 7999 | Saint Cloud MN 56302–9617 | |
| 3214412 | John St. Ivany | 1808 Augusta Trail | Edwardsville, IL 62025–3653 | |
| 3214413 | Kevin Stine, Esq. | Mathis, Marifian & Richter | 23 Public Square, No. 300 | Belleville, IL 62220 |
| 3214414 | Laboratory Corporation of America | 358 S. Main Street | Burlington, NC 27215 | |
| 3214415 | Law Office of James Drazen | 108 S. Kimberlin Street | Troy, IL 62294 | |
| 3214416 | Maryville Physicians Services, Inc. | PO Box 790 | Edwardsville, IL 62025–0790 | |
| 3214417 | Maryville Radiology Group | PO Box 790051 | St. Louis, MO 63179–0051 | |
| 3214419 | MediCredit Inc. | PO Box 66700 | St. Louis, MO 63166–6700 | |
| 3214418 | Medical Integrated Group Ltd. | 435 S. Buchanan St., Ste. B | Edwardsville, IL 62025 | |
| 3214420 | Midland Credit Management | 8875 Aero Drive, Ste 200 | San Diego, CA 92123 | |
| 3214421 | Millenium Anesthesiology Consultants | PO Box 3930 | Salt Lake City, UT 84110–3930 | |
| 3214422 | Negwer Materials Inc | Dee Barnard | 49 Airport Road | St Louis, MO 63135 |
| 3214423 | Office of the Secretary of State | 213 State Capitol Drive | Springfield, IL 62756 | |
| 3334666 | PRA Receivables Management, LLC | POB 41067 | Norfolk, VA 23541 | |
| 3214424 | Panke Construction Services, Inc. | 8213 Gravois Road | St. Louis, MO 63123 | |
| 3256838 | Portfolio Recovery Associates, LLC | PO Box 41067 | Norfolk VA 23541 | |
| 3239897 | Quantum3 Group LLC as agent for | MOMA Funding LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 3214425 | Quest Diagnostics | PO Box 7306 | Hollister, MO 65673–7306 | |
| 3214426 | RJM Acquisitions LLC | 575 Underhill Blvd., Ste. 224 | Syosset, NY 11791 | |
| 3221234 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| 3336689 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| 3214427 | Senex Services | 3500 Depauw Blvd South | Indianapolis, IN 46268–1138 | |
| 3214428 | Shannon Bronnbauer | 418 Brown Ave | Collinsville, IL 62234–4003 | |
| 3214430 | Sprint Nextel | 6200 Sprint Parkway | Overland Park, KS 66251 | |
| 3214429 | Sprint Nextel | Attn: Bankruptcy Dept | PO Box 7949 | Overland Park, KS 66207–0949 |
| 3214431 | Target National Bank | PO Box 673 | Minneapolis, MN 55459–0673 | |
| 3285708 | Thomas H. Vale | Assistant Attorney General | Illinois Department of Human Services | 1220 Centreville Ave., Ste 210   Belleville, IL 62220 |
| 3214432 | Tiffany Reed | 418 Brown Ave | Collinsville, IL 62234–4003 | |
| 3214433 | Uptown Emergency Physicians, LLP | PO Box 41309 | Nashville, TN 37204 | |
| 3848781 | William F Thorton | 2519 Liberty Dr | Maryville, IL 62062–6742 | |
| 3214434 | World's Foremost Bank Visa | 4800 NW 1st Street, Ste. 300 | Lincoln, NE 68521 | |
| 3303815 | eCAST Settlement Corporation | POB 29262 | New York, NY 10087–9262 | |

TOTAL: 85